April 28, 2006

Ms. Susan Desmarais Bonnen
Office of the Attorney General of Texas
Post Office Box 12548
Austin, TX 78711-2548

Mr. Billy Coe Dyer
Vinson & Elkins L.L.P.
1001 Fannin, Suite 3200
Houston, TX 77002-6760

RE: Case Number: 04-0628
 Court of Appeals Number: 14-03-00052-CV
 Trial Court Number: 00CV0008

Style: THE STATE OF TEXAS AND THE TEXAS DEPARTMENT OF TRANSPORTATION
 v.
 GEORGE M. DELANY AND PATRICIA ANN DELANY

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed per curiam
opinion and judgment in the above-referenced cause.

 Sincerely,
 [pic]

 Andrew Weber, Clerk

 by Gena Pelham, Deputy Clerk
Enclosures

|cc:|Mr. Ed Wells |
| |Latonia Renee |
| |Wilson |